IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROY SWORDS : | |
| : | CIVIL ACTION NO. 02-CV-3079 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| BAYER CORPORATION; : | ENTRY OF APPEARANCE |
| BAYER AG; : | |
| GLAXOSMITHKLINE, PLC; : | |
| GLAXOSMITHKLINE; : | |
| SMITHKLINE BEECHAM : | |
| : | |
| Defendants. : | |

**ENTRY OF APPEARANCE**

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,

_____   _____
Hope S. Freiwald                  Aline Fairweather

_____   _____
Alison T. Conn                    Kirstin J. Miller

Dated: July 25, 2002

DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-4000